CARLEEN R. ARLIDGE    SBN 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone:  (408) 288-8533
Facsimile:  (408) 445-1861
E-Mail: craatty@aol.com

ALBIE B. JACHIMOWICZ    SBN 104549
JACHIMOWICZ LAW GROUP
1530 The Alameda, Suite 115
San Jose, CA 95126
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
Email: albie@jachlawgroup.com

Attorneys For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.  3:18CR00409 CRB |
| Plaintiff, | ) | |
| | ) | DEFENDANT CHEUNG'S |
| vs. | ) | SENTENCING MEMORANDUM |
| | ) | |
| MARK HANLIN CHEUNG, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Mark Cheung, by and through counsel, hereby submits the following for consideration by the Court at the time of sentencing:

**I.     OFFENSE LEVEL CALCULATION**

The defense has no objection to the offense level calculation contained in the presentence report.  Specifically:

| | | |
|---|---|---|
| Base Offense Level: | USSG §2K2.1, USSG §2K2.1(a)(6)(A) | 14 |
| Specific Offense Characteristics: | USSG §2K2.1(b)(6)(B). | +4 |
| Adjusted Offense Level (Subtotal): | | 18 |
| Acceptance of Responsibility: | USSG §3E1.1(a), USSG §3E1.1(b). | -3 |
| **Total Offense Level:** | | **15** |

## II.  VARIANCE

Since his arrest, Mr. Cheung has made remarkable progress in turning his life around. While some of that effort and progress has been described in the presentence report, it is requested that the Court also consider the attachments to this Memorandum; the letter from Mr. Cheung, the letter from Mr. Cheung's mother, the verification of Mr. Cheung's participation in a drug abuse program through Pretrial Services, and Mr. Cheung's Community College grade report.

In light of Mr. Cheung's post-arrest efforts to address his drug abuse and to move forward with his education and employment, clearly the rehabilitation process has already begun and Mr. Cheung is eager to continue to strive toward his goal of living clean and sober, and having a successful and fulfilling lifestyle.

While it is understood that some form of restriction on his freedom is appropriate given the circumstances of this case, it is hoped that the Court would impose a sentence less than the 24 month sentence of imprisonment recommended by the probation officer; a sentence that would permit Mr. Cheung to continue with his education, therapy and employment success.

Dated:  July 10, 2019                    Respectfully submitted,


                                         /s/

                                         CARLEEN R. ARLIDGE
                                         Attorney For Defendant

Dear honorable judge __ ,

Throughout the course of these last 2-3 years of my life, my life indefinitely took a turn for the worst. I surrounded myself with very negative influences as I walked down the wrong path for quite awhile. I admit to having made a few mistakes which is what caused me to be in this tough predicament today. I come from a family of four and nobody on either my mother's or father's side has any sort of criminal/drug abuse background. My parents are very hardworking & religious as my sister is a college student at UCLA.I am writing this letter to you to ask for your forgiveness as I am not such a horrible person as I seem to be, I was simply being influenced by the wrong group of people. Ever since I have been released, I have taken drastic steps in the process of me becoming a better individual. I have been working as a shipping consultant at FedEx and a full time student at school at Skyline College as I have already completed one whole semester and I am also currently finishing up my summer semester as I have registered for the upcoming semester's classes already as well. I was recently hired as an assistant manager at Big 5 Sporting Goods and I feel this is a very big step for me as this is my first manager position. I have been attending meetings with a therapist once every week as well as attending weekly AA meetings to continue my sobriety. I have kicked my drug/alcohol problem to the curb as I am both very focused on school and work in order to better myself as a person. I have also been spending much more time with family as I have also begun to do volunteer work at a church me and my mom have attended together. Both my girlfriend's and my family have been very supportive throughout this whole situation.

These past couple years have been tough for me because before all this transpired, I was enrolled as a freshman at SFSU fresh out of high school. During my high school years, I was a student athlete as I played on both the varsity basketball and baseball teams during the 4 years I attended high school. Once I graduated high school there was too much partying going on as I replaced my daily habits of playing basketball/baseball with going out and drinking every night. This caused me to lose my job which I was currently holding at Macy's and I eventually dropped out of SFSU before I could even complete my first semester. Since then, I have recently met with a college transfer counselor and they informed me that I only need one more semester of classes in order to transfer back to SFSU as an incoming Junior. I will have attained my associate's degree from Skyline. This would be a huge step for me as I would really like to further my education as I have worked very hard to work my way back to SFSU. I believe that I have truly learned from this mistake and I know that I have turned my life around and I will never walk down the wrong path again.

Dear Honorable Judge,

I am writing this letter in regards to my son Mark Cheung. Ever since Mark was released on bail, Mark has spent most of his time with either me and the family or with his girlfriend. He is currently renting a studio and he comes home from time to time to print out homework and collect mail. He also helps with any extra work at the house whenever he comes back home. I hope that he can find a good job to learn from as well as go to school so he may further his education as I understand that he would like to finish his college degree. He has been working at FedEx and told me that he was recently accepted for an assistant manager position at Big 5 sporting goods because the hours worked out for him as he told me that he would like to complete his college classes while working as well.

Ever since being released, I feel as if he has changed as a person. Finally, as Mark's parents, I would like to learn and get the proper knowledge so we can properly guide Mark's life in the right direction as he grows up. He is still young and I know that he has grown from this.

Mark's Mom

Leann Yu

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PRETRIAL SERVICES AGENCY



**DIVISIONAL OFFICES:**
450 Golden Gate Avenue, Suite 18-5497
San Francisco, CA 94102
Tel: (415) 436-7500

280 S. First Street, Suite 1150
San Jose, CA 95113
Tel: (408) 535-5222

**DIVISIONAL OFF**
1301 Clay Street, Suit
Oakland, C/
Tel: (510) 63

777 Sonoma Avenue, Su
Santa Rosa, CA
Tel: (707) 57!

Silvio Lugo, Chief Pretrial Services Officer

December 11, 2018

Mark Cheung has been required by the U.S. District Court for the Northern District of California to attend out-patient counseling meetings for chemical and alcohol dependency, as well as, one-on-one meetings as necessary. If Mark Cheung has attended your meeting, please confirm this by completing the form below. If you have any questions, please feel free to contact me at 415-436-7508. Thank you, Katrina Chu (U.S. Pretrial Services Officer)

| DATE | LOCATION | REPRESENTATIVE INITIALS | PHONE NO. |
|---|---|---|---|
| 12/15/18 | Gratitude Center | DLN | 415-515-9110 |
| 12/27/18 | Gratitude | my | 415 8372em |
| 1/8/19 | Sunset 9ers | RSS | 415 378 6301 |
| 1/18/19 | 820 | VL | (415) 850-0599 |
| 1/25/19 | Keragin Ami | Barbara | N/A |
| 2/1/2019 | 7th ave, Presybetarian | Sonn m | n/A |
| 2/8/2019 | Gratidude Center | FT | 650-716-3358 |
| 2-15-219 | 7th ave Gratidue | FT | 650-716 3358 |
| 2/20/19 | Gratitude Cule | Paul S | 415 412 1592 |
| 3/8/19 | Gratidude Center | FT | 650-716 3358 |
| 3/14/19 | Thurs. Thumpers Ocean | MS | (415) 525-9170 |
| 3/20/19 | 5th Ave Beginners | BC | 415 377-8653 |
| 3/29/19 | Warm-Up 7Th IRVING | FT | 650-716-3358 |
| 4/11/19 | Gratitude Center Seventh Ave Presybterian | S.T. | 650-515-6825 |

church

NDC-PRET 02/03/14

**Scanned with CamScanner**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PRETRIAL SERVICES AGENCY



**DIVISIONAL OFFICES:**
450 Golden Gate Avenue, Suite 18-5497
San Francisco, CA 94102
Tel: (415) 436-7500

280 S. First Street, Suite 1150
San Jose, CA 95113
Tel: (408) 535-5222

**DIVISIONAL OFFICES:**
1301 Clay Street, Suite 100 C
Oakland, CA 94612
Tel: (510) 637-3751

777 Sonoma Avenue, Suite 323
Santa Rosa, CA 95404
Tel: (707) 575-3423

Silvio Lugo, Chief Pretrial Services Officer

December 11, 2018

Mark Cheung has been required by the U.S. District Court for the Northern District of California to attend out-patient counseling meetings for chemical and alcohol dependency, as well as, one-on-one meetings as necessary. If Mark Cheung has attended your meeting, please confirm this by completing the form below. If you have any questions, please feel free to contact me at 415-436-7508. Thank you, Katrina Chu (U.S. Pretrial Services Officer)

| DATE | LOCATION | REPRESENTATIVE INITIALS | PHONE NO. |
|---|---|---|---|
| 4/24/19 | St Annes BB Study | [signature] | |
| 4/26/19 | 7th ave Presby | St. | |
| 4/29 | Qeathen Adny S | [signature] | |
| 5/15 | Grat. Center | [signature] | |
| 5/15 | Grat. Center | KLD. | (415) 731 2274 |
| 5/20 | 7M Irving | [signature] | |
| 5/29 | 7M + Irving AA | [signature] | |
| 6/10 | G.C. | [signature] | |
| 6/15/19 | Gratitude Cntr | [signature] | |
| 6/22/19 | GC | [signature] | |
| 7/2/19 | GC | [signature] | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

NDC-PRET 02/03/14

Scanned with CamScanner

# Final Grades

G01073378 Mark H. Cheung
Spring 2019
Jul 02, 2019 05:46 pm

Grades with a '#' indicate non-degree applicable courses.

## Student Information

**Current Program**
Associate in Science-Transfer

| | |
|---|---|
| **Level:** | Undergraduate |
| **Program:** | Business: Transfer CSUGE |
| **Admit Term:** | Spring 2019 |
| **Admit Type:** | Web Application |
| **Catalog Term:** | Spring 2019 |
| **College:** | Skyline College |
| **Campus:** | Skyline College |
| **Major:** | Business Administration AS-T |
| **Academic Standing:** | Good Standing |

## Undergraduate Course work

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 43223 | ACTG | 131 | OLH | Managerial Accounting | Skyline College | C | 4.000 | 4.000 | 4.000 | 8.00 |
| 30150 | BIOL | 150 | OLH | Intro To Marine Biology | Skyline College | B | 3.000 | 3.000 | 3.000 | 9.00 |
| 30167 | BUS. | 120 | AA | Math Analysis For Bus. | Skyline College | D | 3.000 | 3.000 | 3.000 | 3.00 |
| 30287 | ECON | 102 | JA | Principles of Micro Economics | Skyline College | C | 3.000 | 3.000 | 3.000 | 6.00 |

## Undergraduate Summary

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 13.000 | 13.000 | 13.000 | 26.00 | 2.00 |
| **Cumulative:** | 26.000 | 26.000 | 26.000 | 55.00 | 2.11 |
| **Transfer:** | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 26.000 | 26.000 | 26.000 | 55.00 | 2.11 |